**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ADOPTION OF T.M.B., JR. : No. 51 WAL 2020
:
:
PETITION OF: T.N.B., NATURAL MOTHER : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2020, the Petition for Allowance of Appeal is

**DENIED**.